

# Fourth Court of Appeals
## San Antonio, Texas

March 28, 2018

No. 04-18-00066-CV

**IN THE INTEREST OF K.R.S., ET AL.,**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-01563
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

     The Appellant's Motion to Extend Time to File Appellant's Brief is hereby GRANTED. Time is extended to April 16, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court